Commonwealth ex rel. Robinson *v.* Ziegler et al., Appellants.

Argued December 15, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

 

*Anthony R. Appel,* with him *Appel, Ranck, Herr & Appel,* for appellant.

*W. Lloyd Snyder, Jr.,* for appellant.

*Carl G. Herr,* for appellee.

OPINION PER CURIAM, January 15, 1965:
The order of the Court of Common Pleas of Lancaster County is affirmed on the opinion of President Judge JOSEPH B. WISSLER for the court below, reported at 35 Pa. D. & C. 2d 55.